# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gould, Ronald M. | U.S. Ct. of Appeals, 9th Cir. | 04/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

William K. Nakamura U.S. Courthouse
1010 Fifth Avenue, Suite 940
Seattle, Washington 98104-1130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. Advisory Council | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Schwab Cash & Money Market | A | Interest | L | T | | | | | |
| 3. Vanguard Long-Term Bond Index Fund | B | Int./Div. | K | T | | | | | |
| 4. Vanguard Intermediate Term Bond Index Fund | B | Int./Div. | K | T | | | | | |
| 5. Vanguard GNMA Fund | A | Int./Div. | K | T | | | | | |
| 6. Johnson Controls Inc., common stock | B | Dividend | | | Sold | 10/01/14 | M | F | |
| 7. American Century Zero | A | Int./Div. | J | T | | | | | |
| 8. Loomis Sayles Global Bd | A | Int./Div. | J | T | | | | | |
| 9. Pimco Foreign Bond Fund | A | Int./Div. | J | T | | | | | |
| 10. Schwab Treasury | A | Int./Div. | J | T | | | | | |
| 11. Schwab Intermediate Term Bond Fund | A | Int./Div. | J | T | | | | | |
| 12. Schwab Total Bd Mkt Fund | B | Int./Div. | L | T | | | | | |
| 13. Wasatch Hoisington US Treasury Fund | A | Int./Div. | J | T | | | | | |
| 14. Buffalo Discovery Fund | | None | | | Sold | 09/23/14 | J | B | |
| 15. Schwab Fundamental Emerging Mkt Index | B | Int./Div. | L | T | | | | | |
| 16. Schwab Fundamental Intl Large Co Index | A | Int./Div. | J | T | | | | | |
| 17. Schwab Fundamental Intl Small Mid Index | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Global Real Estate Fd | A | Int./Div. | J | T | | | | | |
| 19. Schwab Intl Index Fund | A | Int./Div. | K | T | | | | | |
| 20. Schwab S&P 500 Index Fund | B | Int./Div. | M | T | | | | | |
| 21. Schwab Small Cap Index Fund | C | Int./Div. | K | T | | | | | |
| 22. Schwab Total Stock Mkt Index | B | Int./Div. | L | T | | | | | |
| 23. Schwab 1000 Index Fund | D | Int./Div. | M | T | | | | | |
| 24. Aston River Road Dividend All Cap Value | A | Int./Div. | | | Sold | 09/23/14 | J | A | |
| 25. Matthews Asia Dividend Fund | A | Int./Div. | | | Sold | 09/23/14 | J | A | |
| 26. American Century Equity Income Inv Cl | A | Int./Div. | | | Sold | 09/23/14 | J | A | |
| 27. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 28. (H) Vanguard/IRA Account for ▮▮▮ | | | | | | | | | |
| 29. Vanguard Prime Money Market Fund | A | Dividend | | | Buy | 09/15/14 | M | | |
| 30. Vanguard Prime Money Market Fund | A | Dividend | | | Distributed | 09/16/14 | M | | |
| 31. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 03/28/14 | M | | |
| 32. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 09/15/14 | L | | |
| 33. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 12/09/14 | L | | |
| 34. Vanguard Short-Term Bond Index Fund Admiral Shares | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Short-Term Investment-Grade Fund Admiral Shares | C | Dividend | M | T | Buy (add'l) | 03/28/14 | K | | |
| 36. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | Sold (part) | 03/28/14 | L | | |
| 37. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | Sold (part) | 09/15/14 | K | | |
| 38. Vanguard Capital Opportunity Fund Admiral Shares | E | Dividend | O | T | Sold (part) | 12/09/14 | K | | |
| 39. Vanguard High-Yield Corporate Fund Admiral Shares | E | Dividend | N | T | Buy (add'l) | 12/09/14 | J | | |
| 40. GNMA Fund Admiral Shares | C | Dividend | M | T | Buy (add'l) | 03/28/14 | K | | |
| 41. Intermediate-Term Invest-Gr Admiral Shares | C | Dividend | M | T | Buy (add'l) | 03/28/14 | J | | |
| 42. Intermediate-Term Invest-Gr Admiral Shares | C | Dividend | M | T | Buy (add'l) | 12/09/14 | J | | |
| 43. Long-Term Invest-Gr Admiral Shares | E | Dividend | O | T | Buy (add'l) | 03/28/14 | K | | |
| 44. Long-Term Invest-Gr Admiral Shares | E | Dividend | O | T | Buy (add'l) | 11/10/14 | K | | |
| 45. Long-Term Invest-Gr Admiral Shares | E | Dividend | O | T | Buy (add'l) | 12/09/14 | L | | |
| 46. Developed Markets Index Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 47. Emerging Markets Stock Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 48. Global Equity Fund | A | Dividend | L | T | | | | | |
| 49. International Growth Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 50. Pacific Stock Index Fund Admiral Shares | A | Dividend | | | Sold | 11/10/14 | K | | |
| 51. Health Care Fund Investor Shares | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. High Dividend Yield Index Investor Shares | A | Dividend | K | T | | | | | |
| 53. Intermediate Term Treasury Investor Shares | A | Dividend | L | T | Buy (add'l) | 03/28/14 | J | | |
| 54. Intermediate Term Treasury Investor Shares | A | Dividend | L | T | Buy (add'l) | 12/09/14 | J | | |
| 55. Long-Term Treasury Investor Shares | A | Dividend | | | Buy (add'l) | 03/28/14 | K | | |
| 56. Long-Term Treasury Investor Shares | A | Dividend | | | Sold | 05/22/14 | L | | |
| 57. Long-Term Treasury Admiral Shares | C | Dividend | M | T | Buy | 05/22/14 | L | | |
| 58. Long-Term Treasury Admiral Shares | C | Dividend | M | T | Buy (add'l) | 10/27/14 | K | | |
| 59. Long-Term Treasury Admiral Shares | C | Dividend | M | T | Buy (add'l) | 12/09/14 | J | | |
| 60. Short-Term Treasury Investor Shares | A | Dividend | | | Buy (add'l) | 03/28/14 | K | | |
| 61. Short-Term Treasury Investor Shares | A | Dividend | | | Sold | 05/22/14 | L | | |
| 62. Short-Term Treasury Admiral Shares | A | Dividend | L | T | Buy | 05/22/14 | L | | |
| 63. Total World Stock Index Investor Shares | A | Dividend | | | Sold | 10/27/14 | K | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that the entries on Part VII, lines 1 and 28 are for names of accounts, in the nature of a heading for the assets that follow that are within this account. These lines 1 and 28 are not designating assets. Each asset in the account designated in lines 1 and 28 is listed separately in Part VII.

Part VII line14, concerning Buffalo Discovery shows the sale of the fund on 09/24/14 as reflected on our Schwab statement. And the gain was reported. But the 1099 form and the transaction history from Schwab for 2014 show no dividend paid by that fund. I assume that may be because it had no income or because it paid dividends after I sold the fund in September.

Part VII, line 56, my Investor Shares in Long Term Treasury Fund were automatically converted to Admiral Shares on 5/22/14, so I have shown this as a sale of investor shares and also added line 57 to show a buy of Long Term Treasury Fund Admiral Shares, reflecting the conversion.

Part VII, line 61, my Investor Shares in Short Term Treasury Fund were automatically converted to Admiral Shares on 5/22/14, so I have shown this as a sale of investor shares and also added line 62 to show a buy of Short Term Treasury Fund Admiral Shares, reflecting the conversion.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. Gould**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544